# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Daniel E.S.,

       Plaintiff,

Case No. 18-cv-3069 MJD/ECW

v.

**ORDER**

Andrew Saul,
*Commissioner of Social Security*

       Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 28, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that

1. The Court **ADOPTS** the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 28, 2020 [Docket No. 19];

2. Plaintiff Daniel E.S.'s Motion for Summary Judgment [Docket No. 12] is **GRANTED IN PART and DENIED IN PART**;

3. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation;

4. Defendant Commissioner of Social Security Andrew Saul's Motion for Summary Judgment [Docket No. 14] is **DENIED**; and

5. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 11, 2020    s/ Michael J. Davis
Michael J. Davis
United States District Court