# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Daniel E. S.,

       Plaintiff,

v.

Andrew Saul,
*Commissioner of Social Security*

       Defendant.

Case No. 18-cv-3069 MJD/ECW

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 1, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that

    1.    Plaintiff's Counsel's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. 24) is **GRANTED** and Plaintiff is **AWARDED** $3,675.00 for reasonable attorney's fees under the EAJA.

    2.    In accordance with the EAJA and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA award is payable to Plaintiff as the litigant and subject to offset to satisfy any pre-existing debts that the litigant may owe to the United States.

DATED: June 25, 2020

                                                     s/ Michael J. Davis
                                                     MICHAEL J. DAVIS
                                                     United States District Judge